**Order entered February 22, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00095-CV

## IN THE INTEREST OF J.E.P., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-15-07681**

## ORDER

Before the Court is the Dallas County District Clerk's request for an extension of time to file the clerk's record. The sealed clerk's record was filed today, therefore the request is **DENIED** as moot.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE